**Alfred Lee SANDERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 012–83.**

Court of Criminal Appeals of Texas, En Banc.

June 15, 1983.

Appeal from County Court, Harris County; Shelly Hancock, Judge.

Prior report: Tex.App., 649 S.W.2d 59.

Before the court en banc.

On appellant's and state's petitions for discretionary review: judgment of the Court of Appeals vacated and cause remanded to that court.

**Dionicio Anthony CRUZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

**Nos. 019–83, 020–83 and 021–83.**

Court of Criminal Appeals of Texas, En Banc.

Feb. 1, 1984.

Appeal from 144th District Court, Bexar County, H.F. Garcia, Judge.

Prior report: Tex.App., 645 S.W.2d 498 (1982).

Before the court en banc.

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

CLINTON, TEAQUE and MILLER, JJ., dissent.